# CASES

## DECIDED IN THE

# COURT OF APPEALS OF GEORGIA

### AT THE

## OCTOBER TERM, 1924

---

15266.   FUGAZZI & CO. *v.* DAVIS, director-general.

BLOODWORTH, J.   The court did not err either in refusing to dismiss the certiorari or in ordering that the case be "reinstated in the municipal court of Atlanta for another trial."

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 7, 1924.

Certiorari; from Fulton superior court—Judge Humphries.   November 2, 1923.

*Noah J. Stone,* for plaintiffs in error.

*Kendrick L. Scott,* contra.

---

15283.   CLOUD *v.* BANK OF OGLETHORPE.

LUKE, J.   The evidence authorized the verdict, and the special assignments of error as to rulings upon the admissibility of evidence show no reversible error.

The request for damages upon the ground that the writ of error was sued out solely for delay is denied.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Complaint; from city court of Oglethorpe—Judge Duke Davis presiding.   December 12, 1923.

*Gilbert C. Robinson, Jule Felton,* for plaintiff in error.

*John M. Greer, John B. Guerry,* contra.